IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY GARDNER : CIVIL ACTION
    Petitioner, :
     : NO. 07-360 AND 08-2419
    v. :
     :
JAMES WYNDER, et al. :
    Respondents. :

## ORDER

**AND NOW**, this 27th day of April 2011, upon consideration of Petitioner's

"Application to Raise a Question of Law Pursuant to 28 U.S.C.A. 1331, for an Analysis of the

Extent of the United States Supreme Court Holding: For Re Characterization, in, Castro v.

United States; with Consolidated Motion for Relief Pursuant to Rule 60(b)(4), (5), and (6)" (the

"Application") (Civ. No. 07-360, Doc. No. 20; Civ. No. 08-2419, Doc. No. 14), United States

Magistrate Judge David R. Strawbridge's Report and Recommendation (Civ. No. 07-360, Doc.

No. 24; Civ. No. 08-2419, Doc. No. 16), and Petitioner's objections to the Report and

Recommendation.  (Civ. No. 07-360, Doc. No. 25; Civ. No. 08-2419, Doc. No. 17), and after an

independent review of the pertinent record and for the reasons stated in the Opinion dated April

27, 2011, it is **ORDERED** as follows:

    1.    The Petitioner's Objections to the Report and Recommendation (Civ. No. 07-360,

        Doc. No. 25; Civ. No. 08-2419, Doc. No. 17)  are without merit and are

        **DENIED**.

2.     The Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Civ. No. 07-360, Doc. No. 24; Civ. No. 08-2419, Doc. No. 16) is **APPROVED** and **ADOPTED**.

3.     The Application to Raise a Question of Law Pursuant to 28 U.S.C.A. 1331, for an Analysis of the Extent of the United States Supreme Court Holding: For Re Characterization, in, Castro v. United States; with Consolidated Motion for Relief Pursuant to Rule 60(b)(4), (5), and (6) (the "Application") (Civ. No. 07-360, Doc. No. 20; Civ. No. 08-2419 Doc. No. 14) is **DENIED**.

3.     All outstanding motions are **DENIED** as moot.

4.     A certificate of appealability is **DENIED**.

5.     The Clerk of Court shall close this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.